UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORONA CROWELL,

    Plaintiff,

    v.

CAROLYN W. COLVIN,

    Defendant.

Case No. 15-cv-00058-SI

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

Plaintiff filed this action on January 6, 2015. Docket No. 1. Due to problems with the service of process, defendants were not served until August. Docket No. 10. Defendant filed an answer and a notice that the administrative record was filed in paper and electronic form on November 5, 2015. Docket Nos. 11-12. Plaintiff was required to file a motion for summary judgment or remand within 28 days of service of defendant's answer, that is, by December 3, 2015. *See* Docket No. 4. As of the date of this Order, no motion has been filed, nor has plaintiff contacted the Court to request additional time to file.

**Plaintiff is DIRECTED TO SHOW CAUSE why this case should not be dismissed by filing a motion for summary judgment or remand no later than January 8, 2016. If plaintiff does not file a motion by this date, the Court will dismiss this appeal for failure to prosecute without further notice.**

    **IT IS SO ORDERED**.

Dated: December 14, 2015

_____
SUSAN ILLSTON
United States District Judge