# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

CORONA CROWELL,

    Plaintiff,

v.

CAROLYN W. COLVIN,

    Defendant.

Case No. 15-cv-00058-SI

**JUDGMENT**

This action was dismissed without prejudice for failure to prosecute. Dkt. No. 15. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 7, 2016

_____

SUSAN ILLSTON  
United States District Judge